USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Viking Global Equities LP et al.,

                        Plaintiffs,

            -against-

Porsche Automobil Holdings SE, f/k/a Dr. Ing. h.c.
F. Porsche AG,

                        Defendant.
------------------------------------------------------------X
BlueMountain Equity Alternatives Master Fund
L.P.,

                        Plaintiff,

            -against-

Porsche Automobil Holdings SE, f/k/a Dr. Ing. h.c.
F. Porsche AG, Wendelin Wiedeking; and Holger
P. Haerter,

                        Defendants.
------------------------------------------------------------X
Seneca Capital LP and Seneca Capital
International Ltd.,

                        Plaintiffs,

            -against-

Porsche Automobil Holdings SE, f/k/a Dr. Ing. h.c.
F. Porsche AG,

                        Defendant.
------------------------------------------------------------X

**ORDER**

10 Civ. 8073 (HB)

10 Civ. 8084 (HB)

10 Civ. 8161 (HB)

**Hon. HAROLD BAER, JR., District Judge:**

      It is hereby ORDERED that for the reasons stated in the Court's December 30, 2010

Order in *Elliott Associates, L.P., et al. v. Porsche Automobil Holding SE, et al.*, 10 Civ. 0532

(HB), and *Black Diamond Offshore Ltd., et al. v. Porsche Automobil Holding SE, et al.*, 10 Civ. 4155 (HB), the Court reaffirms the dismissal of the above-captioned actions. The Clerk is instructed to close the cases and remove them from my docket.

SO ORDERED.

New York, New York
February 01, 2011

_____
HAROLD BAER, JR.
United States District Judge