USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VIKING GLOBAL EQUITIES LP et al.,

                Plaintiffs,     10 **CIVIL** 8073 (HB)

      -against-     **JUDGMENT**

PORSCHE AUTOMOBIL HOLDING SE, f/n/a
DR. ING. H.C.F PORSCHE AG,
                Defendants.
-----------------------------------------------------------X
BLUEMOUNTAIN EQUITY ALTERNATIVES
MASTER FUND L.P.,

                Plaintiff,     10 **CIVIL** 8084 (HB)

      -against-

PORSCHE AUTOMOBIL HOLDING SE, f/n/a
DR. ING. H.C.F PORSCHE AG; WENDELIN
WIEDEKING; and HOLGER P. HAERTER,
                Defendants.
-----------------------------------------------------------X
SENECA CAPITAL LP and SENECA CAPITAL
INTERNATIONAL LTD.,

                Plaintiffs,     10 **CIVIL** 8161 (HB)

      -against-

PORSCHE AUTOMOBIL HOLDING SE, f/n/a
DR. ING. H.C.F PORSCHE AG,
                Defendants.
-----------------------------------------------------------X

      Whereas this Court on December 30, 2010 having issued an Order in Elliott Associates, L.P., et al. v. Porsche Automobil Holding SE, et al., 10 Civ. 0532 (HB), and Black Diamond Offshore Ltd., et al. v. Porsche Automobil Holding SE, et al., 10 Civ. 4155 (HB), and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on February 1, 2011, having rendered its Order reaffirming the dismissal of the above-captioned actions for the

reasons stated in the Court's December 30, 2010 Order in Elliott Associates, L.P., et al. v. Porsche Automobil Holding SE, et al., 10 Civ. 0532 (HB), and Black Diamond Offshore Ltd., et al. v. Porsche Automobil Holding SE, et al., 10 Civ. 4155 (HB), and directing the Clerk to close these cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2011, the Court reaffirms the dismissal of the above-captioned actions for the reasons stated in the Court's December 30, 2010 Order in Elliott Associates, L.P., et al. v. Porsche Automobil Holding SE, et al., 10 Civ. 0532 (HB), and Black Diamond Offshore Ltd., et al. v. Porsche Automobil Holding SE, et al., 10 Civ. 4155 (HB); accordingly, these cases are closed.

**Dated:** New York, New York
February 4, 2011

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____